[No. 1696. Decided May 21, 1895.]

NEWMAN KLINE, *Trustee, et al., Respondents*, v. CITY OF TACOMA *et al.,*
*Appellants.*

*Appeal from Superior Court, Pierce County.*

*James Wickersham*, and *Stacy W. Gibbs*, for appellants.
*Tillotson & Milligan*, for respondents.

DUNBAR, J.—This case falls squarely within the rule announced by
this court in the case of *Buckley v. Tacoma*, 9 Wash. 253 (37 Pac. 441).
The same provisions of the charter of the city of Tacoma are to be
construed and the same resolutions and actions of the city council,
as were construed in that case. Afterwards, in *Kline, Trustee, v.*
*Tacoma*, 11 Wash. 193 (39 Pac. 453), the same questions were again
reviewed, and the decision in the case of *Buckley v. Tacoma, supra,*
was affirmed. So that it seems hardly profitable to enter again
upon a discussion of the identical questions involved in those cases.
The judgment will therefore be affirmed.

GORDON and SCOTT, JJ., concur.

HOYT, C. J., dissents.

[No. 1701. Decided May 21, 1895.]

GEORGE LEWIS GOWER, *Appellant*, v. CITY OF TACOMA *et al., Re-*
*spondents.*

*Appeal from Superior Court, Pierce County.*

*Tillotson & Milligan*, for appellant.

*James Wickersham*, and *Stacy W. Gibbs*, for respondents.

DUNBAR, J.—This case presents the same questions involved in No.
1696, *Newman Kline v. City of Tacoma*, just decided; but as the
cases were tried by different judges different conclusions were
reached, and for the reasons stated in *Kline v. Tacoma, supra*, the
judgment in this case will be reversed.

GORDON and SCOTT, JJ., concur.

HOYT, C. J., dissents.